

FILED
August 23, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004403328

# United States Bankruptcy Court

California-Eastern-Sacramento

In re KIRSTEN MEDDINGS ,   Case No. 09-35740

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc | JP Morgan Chase Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc

1349 Empire Central Dr, Suite 150
Dallas, TX 75247

Phone: (877)340-9141
Last Four Digits of Acct #: 9954

Court Claim # (if known): 5
Amount of Claim: $ 6,549.74
Date Claim Filed: 9/10/2009

Phone: ( ) -
Last Four Digits of Acct #: 9954

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc
PO BOX 35888
Dallas, TX 75235

Phone:

Last Four Digits of Acct #: 9954

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cynthia Allman                                    Date: 8/22/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.